**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01853-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

WILLIAM L. SCHLINGMAN,

    Plaintiff,

v.

[NO NAMED DEFENDANT]

    Defendant.

---

## ORDER TO CURE DEFICIENCIES

---

Plaintiff, William L. Schlingman, currently is detained at the Jefferson County Detention Facility in Golden, Colorado. On August 20, 2015, Mr. Schlingman filed *pro se* two documents (ECF Nos. 1 and 2). Because Mr. Schlingman apparently intends to seek some sort of relief in this court, this civil action has been commenced.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents filed are deficient as described in this Order. Mr. Schlingman will be directed to cure the following if he wishes to pursue any claims in this Court in this action. If Mr. Schlingman does not intend to pursue a civil action in this Court, he should advise the Court of that fact and the instant action will be dismissed. Any papers that Mr. Schlingman files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) _x_   is not submitted

(2) ___   is not on a proper Court-approved form (must use the Court's current Prisoner "Motion Pursuant to 1915 (Waive Fee) Complaint" form).

(3) ___   is missing affidavit

(4) _x_   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(5) ___   is missing certificate showing current balance in prison account

(6) ___   is missing authorization to calculate and disburse filing fee payments

(7) ___   is missing an original signature by the prisoner

(8) _x_   other: in the alternative, Plaintiff may pay the $400.00 filing fee instead of filing a § 1915 motion and affidavit.

**Complaint, Petition or Application**:

(9) _x_   is not submitted (must use the Court-approved Prisoner Complaint Form).

(10) ___   is not on proper form

(11) ___   is missing an original signature by the prisoner

(12) ___   is missing page nos. ___

(13) ___   uses et al. instead of listing all parties in caption

(14) ___   names in caption do not match names in text

(15) ___   other:

Accordingly, it is

ORDERED that Mr. Schlingman cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Mr. Schlingman files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Mr. Schlingman shall obtain the Court-approved Prisoner Complaint form and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the applicable instructions, at

2

www.cod.uscourts.gov and use those forms to correct the deficiencies.  It is

FURTHER ORDERED that if Mr. Schlingman fails to cure the designated deficiencies, **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED September 24, 2015, at Denver, Colorado.

BY THE COURT:

 s/Gordon P. Gallagher
United States Magistrate Judge